UNITED STATES DISTRICT COURT
For the Northern District of California

# UNITED STATES DISTRICT COURT

## Northern District of California

### San Francisco Division

| | |
|---|---|
| CRAIG YATES,<br>          Plaintiff, | No. C 10-4420 JSW |
| v. | **ORDER RE: ATTENDANCE** |
| McDONALD'S, et al.,<br>          Defendants. | Date:     Not yet scheduled<br>Mediator:  Howard Herman |

IT IS HEREBY ORDERED that the requests to allow the insurer representatives for both defendants – the landlord and the tenant – to participate telephonically in the as yet unscheduled mediation before Howard Herman are GRANTED. The representatives shall be available at all times to participate in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

August 19, 2011         By:     *Elizabeth D. Laporte*
Dated                                                  Elizabeth D. Laporte
                                                        United States Magistrate Judge