UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

CRAIG YATES,
        Plaintiff,

No. C 10-4420 JSW

v.

**ORDER RE: ATTENDANCE**

McDONALD'S, et al.,
        Defendants.

Date: September 12, 2011
Mediator: Howard Herman

IT IS HEREBY ORDERED that the request to allow defendant McDonald's client representative to participate telephonically in the September 12, 2011 mediation before Howard Herman is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

September 8, 2011      By: *Elizabeth D. Laporte*
Dated                                       Elizabeth D. Laporte
                                            United States Magistrate Judge