1  THOMAS E. FRANKOVICH (State Bar #074414)
   THOMAS E. FRANKOVICH
2  *A PROFESSIONAL LAW CORPORATION*
   4328 Redwood Hwy, Suite 300
3  San Rafael, CA  94903
   Telephone:   415/444-5800
4  Facsimile:   415/674-9900

5  Attorney's for Plaintiff CRAIG YATES, an individual

6

7                 UNITED STATES DISTRICT COURT

8                 NORTHERN DISTRICT OF CALIFORNIA

9  CRAIG YATES, an individual,          )   CASE NO. CV-10-4420-~~EDL~~ JSW
10     Plaintiff,                        )
                                         )   STIPULATION OF DISMISSAL AND
11  v.                                   )   [~~PROPOSED~~] ORDER THEREON
                                         )   *as modified*
12                                       )
    MCDONALD'S VAN NESS STORE            )
13  #4547; MCDONALD'S CORPORATION, a)
    Delaware Corporation; SYED ALI       )
14  HUSSAIN, an individual dba           )
    MCDONALD'S of VAN NESS,              )
15                                       )
16     Defendants.                       )
17                                       )

18

19     The parties, by and through their respective counsel, stipulate to dismissal of this action in
20 its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1). Outside of the terms of the
21 Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own
22 costs and attorneys' fees. The parties further consent to and request that the Court retain
23 jurisdiction over enforcement of the Agreement. See Kokonen v. Guardian Life Ins. Co., 511 U.S.
24 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement
25 agreements).
26     Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
27 their designated counsel that the above-captioned action be and hereby is dismissed with prejudice
28 ///

STIPULATION OF DISMISSAL AND [~~PROPOSED~~] ORDER THEREON        CASE NO. CV-10-4420-~~EDL~~ JSW

1  pursuant to Federal Rules of Civil Procedure section 41(a)(1).

2      This stipulation may be executed in counterparts, all of which together shall constitute one
3  original document.

4

5  Dated: December 12, 2011            THOMAS E. FRANKOVICH
                                      *A PROFESSIONAL LAW CORPORATION*
6

7                                        By   */s/ Thomas E. Frankovich*
                                             Thomas E. Frankovich
8                                        Attorney for CRAIG YATES, an individual

9

10 Dated: December 12, 2011            BURNHAM BROWN

11

12                                       By:   */s/ Brendan M. Brownfield*
13                                              Brendan M. Brownfield
                                      Attorneys for SYED ALI HUSAIN

14

15 Dated: November _____, 2011        BURESH, KAPLAN, FELLER & CHANG

16

17                                       By:_____
                                             Ann S. Kaplan
18                                       Attorneys for MCDONALD'S CORPORATION, a
                                      Delaware Corporation

19

20                                            **ORDER**

21     IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
22 Fed.R.Civ.P.41(a)(1). ~~IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the~~
23 ~~purpose of enforcing the parties' Settlement Agreement and General Release should such~~
24 ~~enforcement be necessary.~~

25

26 Dated: _____, 2011

27                                            _____
28                                       Honorable Judge ~~Elizabeth D. Laporte~~ JSW
                                      UNITED STATE DISTRICT JUDGE

12/12/2011 16:16  510-548-7488                    LAW OFFICES                              PAGE  02/02
Case3:10-cv-04420-JSW   Document19   Filed12/14/11   Page3 of 3
Case3:10-cv-04420-JSW   Document18   Filed12/13/11   Page3 of 3

1  pursuant to Federal Rules of Civil Procedure section 41(a)(1).
2      This stipulation may be executed in counterparts, all of which together shall constitute one
3  original document.

5  Dated: December 12, 2011     THOMAS E. FRANKOVICH
                                          A PROFESSIONAL LAW CORPORATION

7                                         By  /s/ Thomas E. Frankovich
8                                         Thomas E. Frankovich
                                          Attorney for CRAIG YATES, an individual

10  Dated: December 12, 2011     BURNHAM BROWN

12                                         By:  /s/ Brendan M. Brownfield
13                                         Brendan M. Brownfield
                                          Attorneys for SYED ALI HUSAIN

15  Dated: November Dec. 12, 2011     BURESH, KAPLAN, FELLER & CHANG

17                                         By:  _____
                                          Ann S. Kaplan
18                                         Attorneys for MCDONALD'S CORPORATION, a
                                          Delaware Corporation

20                                    **ORDER**

21      IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to
22  Fed.R.Civ.P.41(a)(1). ~~IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the~~
23  ~~purpose of enforcing the parties' Settlement Agreement and General Release should such~~
24  ~~enforcement be necessary.~~

26  Dated: December 14, 2011
                                              Jeffrey S. White
                                              Honorable Judge ~~Elizabeth D. Laporte~~
                                              UNITED STATES DISTRICT JUDGE

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON      CASE NO. CV-10-4420-EDL
                                                                                     JSW
                                                                                     2